FAGEN FRIEDMAN & FULFROST LLP
Christopher J. Fernandes, SBN 204844
cfernandes@f3law.com
Shiva E. Stein, SBN 215012
sstein@f3law.com
1525 Faraday Avenue, Suite 300
Carlsbad, California 92008
Phone: 760-304-6000
Fax: 760-304-6011

Attorneys for Upland Unified School District

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA LOOF, et al,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UPLAND UNIFIED SCHOOL DISTRICT, a Local Educational Agency<br><br>    Defendant. | CASE NO. 5:21-cv-00326-JGB(KKx)<br><br>**EX PARTE APPLICATION REQUESTING BRIEFING SCHEDULE AND INSTRUCTIONS REGARDING LODGING OF ADMINISTRATIVE RECORD**<br><br>Hon. Jesus G. Bernal<br>Hon. Magistrate Kenly Kiya Kato<br><br>Trial Date:  April 4, 2023 |

**TO THE COURT AND TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant, UPLAND UNIFIED SCHOOL DISTRICT (hereinafter "District"), hereby submits this Ex Parte Application ("Application") to request that the Court issue a briefing schedule and provide instructions regarding the lodging of the underlying administrative record (AR).

This Application is made pursuant to and in accordance with L.R. 7-19 and 16-11 on the grounds that this matter is an appeal of a hearing heard and decided by the California Office of Administrative Hearings (OAH) pursuant to the Individuals with Disabilities Education Act or (IDEA), 20 U.S.C. Section 1400, *et seq*.  As this matter is an appeal of an IDEA administrative hearing, it is exempt from Rule 26

1

EX PARTE APPLICATION REQUESTING BRIEFING SCHEDULE AND INSTRUCTIONS

disclosures and discovery. *SM v. Cupertino Union Sch. Dist.*, No. C05-04618 JF, 2006 WL 1530025, at 4 (N.D. Cal. June 2, 2006). The Parties ask the Court to waive ordinary pretrial requirements under L.R. 16-11 and instead, order dates and instructions for the lodging of the AR, the filing of the opening and responsive briefing, to be heard via Court hearing on the current trial date of April 4, 2023, as ordered by the Court in its Scheduling Order (Doc 18).

This Application is made and based upon the accompanying memorandum of points and authorities in support thereof, the accompanying Declaration of Shiva E. Stein, the records and pleadings on file herein, and upon such other and further oral and/or documentary evidence as may be presented at the time of the ex parte hearing.

District has met and conferred with Plaintiffs' counsel regarding the progression and status of this matter. Parties are in agreement, as originally indicated in the Parties' Joint Rule 26 Statement (Doc 15), that for this IDEA administrative appeal, this Court should waive ordinary pretrial requirements and instead establish pretrial procedures and dates for the lodging of the AR and briefing, prior to the currently scheduled April 4, 2023 trial. The Parties agree the trial will involve a half day court trial consisting of oral argument—if the Court deems argument is necessary following receipt of briefing by the Parties.

District understands opposing counsel, Tania Whiteleather, does not oppose this Application. This Application is made following the conference of counsel, pursuant to L.R. 7-3, which took place on December 2, 2022. District noticed opposing counsel of this Application, pursuant to L.R. 7-19.

/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED: December 7, 2022 | FAGEN FRIEDMAN & FULFROST LLP |

By: /s/ Shiva E. Stein
Shiva E. Stein
Attorneys for Upland Unified School District

368-363/6463545.1