FAGEN FRIEDMAN & FULFROST LLP
Christopher J. Fernandes, SBN 204844
cfernandes@f3law.com
Shiva E. Stein, SBN 215012
sstein@f3law.com
1525 Faraday Avenue, Suite 300
Carlsbad, California 92008
Phone: 760-304-6000
Fax: 760-304-6011

Attorneys for Upland Unified School District

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA LOOF, et al,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UPLAND UNIFIED SCHOOL DISTRICT, a Local Educational Agency<br><br>  Defendant. | CASE NO. 5:21-cv-00326-JGB(KKx)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION REQUESTING BRIEFING SCHEDULE AND INSTRUCTIONS REGARDING LODGING OF ADMINISTRATIVE RECORD**<br><br>Hon. Jesus G. Bernal<br>Hon. Magistrate Kenly Kiya Kato<br><br>Trial Date:  April 4, 2023 |

I.    PROCEDURAL HISTORY/DISCUSSION

Judicial review in Individuals with Disabilities Education Act (IDEA) cases differ substantially from judicial review of other agency actions in which courts generally are confined to administrative record (AR) and not to highly deferential standard of review.  IDEA, § 615(e)(2), as amended, 20 U.S.C.A. § 1415(e)(2); *see also Ojai Unified Sch. Dist. v. Jackson*, 4 F.3d 1467 (9th Cir. 1993).

On October 4, 2021, in compliance with this Court's order, the Parties submitted a Rule 26 Joint Scheduling Conference Statement (Doc 15, "Joint Statement").  In the Joint Statement, the Parties indicated the matter involved judicial review of an IDEA administrative decision and, as such, was exempt from

Rule 26 disclosures and discovery.  The Parties requested a waiver of standard pretrial schedules and procedures and instead requested the case be heard by the Court "following briefing by the Parties, the Court's review of the underlying AR [administrative record], and oral argument before the Court."  On or about December 7, 2021, the Court issued its Civil Trial Scheduling Order (Doc 18, "Scheduling Order"); ordering various dates and deadlines including typical pretrial procedures (expert designations, discovery and pretrial deadlines assuming a jury trial).  Via this Application, District requests that the Scheduling Order dates be modified or clarified to allow the Court's consideration of this IDEA appeal as appropriate under the confines of the law.  District requests that the Court issue a briefing schedule and instructions/deadline for lodging the underlying AR.

      In an appeal from a decision of an administrative agency under the IDEA, a district court receives the full record of the administrative proceeding.  It must review the record and, basing its decision on the preponderance of the evidence, grant such relief as it determines is appropriate. 20 U.S.C. § 1415(i)(2)(C).  Plaintiffs' Complaint requests judicial review of the AR.  Therefore, discovery is not appropriate as this Court's review is to be determined based upon the AR established in the underlying proceeding before the OAH.  *SM v. Cupertino Union Sch. Dist.*, No. C05-04618 JF, 2006 WL 1530025, at 4 (N.D. Cal. June 2, 2006).

      Because this matter is a de novo review of the AR, and the Parties have agreed to a half-day court trial; this matter is not subject to the typical pretrial filings including, but not limited to, motions in limine, witness or exhibit lists, jury instructions, verdict forms, voir dire questions, and/or the Joint Statement of the Case.  District understands, the Parties do not anticipate any witness testimony at trial as the IDEA does not authorize witnesses at trial to repeat or embellish prior administrative testimony.  *Jackson*, 4 F.3d 1467.  This Court's review is to be determined based upon the AR established in the underlying proceeding before the OAH, and briefing as requested by this Court.

2
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION

District proposes that this case be determined by the Court following review of the underlying AR, briefing by Parties, and oral argument before the Court. In the Joint Statement (Doc 18), the Parties asked the Court to direct them as to which format it requires the AR to be filed in. Additionally, Plaintiffs requested the Court to permit the Parties a "modified page limit for their briefs, i.e., forty (40) pages for those briefs, as there are multiple issues and extensive evidence to address in those briefs."

## II. CONCLUSION

Consistent with the Court's policy of minimizing litigation expenses while providing a prompt, fair review of administrative decisions in IDEA actions, District respectfully requests that the Court order procedures and dates consistent with a half-day court trial, including ordering dates and instructions for lodging the AR and the Parties' briefing schedule. District understands from counsel for Plaintiff, Tania Whiteleather, (5445 E. Del Amo Blvd. Ste 207, Lakewood, CA 90712; (562) 866-8755; tlwhitleather@gmail.com) that Plaintiffs are in agreement with the requests of this Application. Alternatively, District requests that a status conference be set to discuss the aforementioned matters, should the Court be so inclined.

DATED: December 7, 2022           FAGEN FRIEDMAN & FULFROST LLP

By: _____
Shiva E. Stein
Attorneys for Upland Unified School District

368-363/6463546.1