FAGEN FRIEDMAN & FULFROST LLP
Christopher J. Fernandes, SBN 204844
cfernandes@f3law.com
Shiva E. Stein, SBN 215012
sstein@f3law.com
1525 Faraday Avenue, Suite 300
Carlsbad, California 92008
Phone: 760-304-6000
Fax: 760-304-6011

Attorneys for Upland Unified School District

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA LOOF, et al,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UPLAND UNIFIED SCHOOL DISTRICT, a Local Educational Agency<br><br>　　　　Defendant. | CASE NO. 5:21-cv-00326-JGB(KKx)<br><br>**DECLARATION OF SHIVA E. STEIN IN SUPPORT OF EX PARTE APPLICATION REQUESTING BRIEFING SCHEDULE AND INSTRUCTIONS REGARDING LODGING OF ADMINISTRATIVE RECORD**<br><br>Hon. Jesus G. Bernal<br>Hon. Magistrate Kenly Kiya Kato<br><br>Trial Date:  April 4, 2023 |

I, Shiva E. Stein, declare as follows:

1.   I am an attorney duly admitted to practice before this Court.  I am a partner with Fagen Friedman & Fulfrost LLP, attorneys of record for Upland Unified School District.  If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2.   On October 4, 2021, the Parties submitted a Rule 26 Joint Scheduling Conference Statement (Doc 15, "Joint Statement").  In the Joint Statement, the Parties indicated the matter involved judicial review of an IDEA administrative decision and, as such, was exempt from Rule 26 disclosures and discovery.  The

Parties requested a waiver of standard pretrial schedules and procedures and instead requested the case be heard by the Court "following briefing by the Parties, the Court's review of the underlying AR [administrative record], and oral argument before the Court."

3. On or about December 7, 2021, the Court issued its Civil Trial Scheduling Order (Doc 18). The Court ordered various dates and deadlines including expert designations, discovery and pretrial deadlines, assuming a jury trial taking place on April 4, 2023.

4. As this matter is an appeal of an IDEA administrative hearing, it is exempt from Rule 26 disclosures, discovery, and standard pretrial procedures involving a jury trial. *SM v. Cupertino Union Sch. Dist.*, No. C05-04618 JF, 2006 WL 1530025, at 4 (N.D. Cal. June 2, 2006). District asks the Court to waive ordinary pretrial requirements under L.R. 16-11 and instead, order dates and instructions for the lodging of the AR, filing of opening and responsive briefing, to be heard via court hearing, on the current trial date of April 4, 2023, or another date as convenient for the Court.

5. On or about December 2, 2022, I met and conferred with opposing counsel regarding the progression and status of this matter and discussed the filing of this Application. I understand and believe opposing counsel does not oppose this Application. This Application is made following the conference of counsel, pursuant to L.R. 7-3, which took place on December 2, 2022. I noticed opposing counsel of this Application, pursuant to L.R. 7-19.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of December, 2022, at Carlsbad, California.

_____
Shiva E. Stein

368-363/6463548.1