FAGEN FRIEDMAN & FULFROST LLP
Christopher J. Fernandes, SBN 204844
cfernandes@f3law.com
Shiva E. Stein, SBN 215012
sstein@f3law.com
1525 Faraday Avenue, Suite 300
Carlsbad, California 92008
Phone: 760-304-6000
Fax: 760-304-6011

Attorneys for Upland Unified School District

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA LOOF, et al,<br><br>  Plaintiffs,<br><br>vs.<br><br>UPLAND UNIFIED SCHOOL DISTRICT, a Local Educational Agency<br><br>  Defendant. | CASE NO. 5:21-cv-00326-JGB(KKx)<br><br>**[PROPOSED] ORDER REGARDING EX PARTE APPLICATION REQUESTING BRIEFING SCHEDULE AND INSTRUCTIONS REGARDING LODGING OF ADMINISTRATIVE RECORD**<br><br>Hon. Jesus G. Bernal<br>Hon. Magistrate Kenly Kiya Kato<br><br>Trial Date: April 4, 2023 |

The Court, having reviewed District's Ex Parte Application requesting briefing schedule and instruction regarding the lodging of the administrative record, HEREBY ORDERS the following dates:

_____   Lodging of administrative record

_____   Plaintiffs' opening brief or proposed findings of fact and conclusions of law (40 pages or less)

_____   District's responsive brief or responsive proposed findings of fact and conclusions of law (40 pages or less)

<u>4/4/2023</u>   Half-day court trial

/ / /

1  IT IS FURTHER ORDERED that a case status conference be set for
2  _____, at _____ a.m./p.m., in the courtroom of the Honorable Jesus G.
3  Bernal, located in the George E. Brown, Jr. Federal Building and United States
4  Courthouse, Courtroom 1, 3470 Twelfth Street, Riverside, California 92501.
5  IT IS SO ORDERED.

7  Dated: _____   _____
8          Hon. Jesus G. Bernal
        United States District Court Judge

9  368-363/6463550.1

Fagen Friedman & Fulfrost, LLP
1525 Faraday Avenue, Suite 300
Carlsbad, California 92008
Main 760-304-6000 • Fax 760-304-6011

2
[PROPOSED] ORDER RE: EX PARTE APPLICATION REQUESTING BRIEFING SCHEDULE AND INSTRUCTIONS