**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARA LOOF, et al,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UPLAND UNIFIED SCHOOL DISTRICT, a Local Educational Agency<br><br>　　　　Defendant. | CASE NO. 5:21-cv-00326-JGB(KKx)<br><br>**ORDER REGARDING EX PARTE APPLICATION REQUESTING BRIEFING SCHEDULE AND INSTRUCTIONS REGARDING LODGING OF ADMINISTRATIVE RECORD**<br><br>Hon. Jesus G. Bernal<br>Hon. Magistrate Kenly Kiya Kato<br><br>Trial Date:  April 4, 2023 |

The Court, having reviewed the District's Ex Parte Application (Dkt. No. 25) requesting briefing schedule and instruction regarding the lodging of the administrative record, HEREBY ORDERS:

1. Plaintiffs' opening brief or proposed findings of fact and conclusions of law and the District's responsive brief or proposed findings of fact and conclusions of law may each be 40 pages or less.

2. The administrative record shall be lodged electronically.

3. The parties shall file a joint stipulation with proposed dates for the parties' briefing schedule and lodging of the administrative record by December 23, 2022.

4. A half-day court of trial is set for April 4, 2023 at 9:00 a.m.

1

ORDER RE: EX PARTE APPLICATION REQUESTING BRIEFING SCHEDULE AND INSTRUCTIONS

IT IS FURTHER ORDERED that a case status conference be set for March 20, 2023, at 11:00 a.m., in the courtroom of the Honorable Jesus G. Bernal, located in the George E. Brown, Jr. Federal Building and United States Courthouse, Courtroom 1, 3470 Twelfth Street, Riverside, California 92501.

IT IS SO ORDERED.

Dated: December 13, 2022

Hon. Jesus G. Bernal
United States District Court Judge